IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

**vs.**  CASE NO. 5:18mj8-EMT

**CHRISWELL BRIAN HORTON,**

**Defendant.**
_____/

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that Defendant is **RELEASED** subject to the following conditions and timing of release until this case is completed or otherwise modified by court order:

1. You shall not commit any offense in violation of federal, state or local law while on release in this case.

2. You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The next scheduled appearance for the Defendant is to appear for arraignment in the Middle District of Alabama which has been scheduled for **January 23, 2018, beginning at 9:30 a.m.**, at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, before Chief Magistrate Judge Wallace Capel, Jr.

3. You shall:

(a) maintain or actively seek employment or be enrolled as a full-time student, or any combination thereof which involves about 40 hours a week of activity.

(b) reside in your current residence and not travel beyond the Northern District of Florida unless prior authorization is received from the pretrial services office or supervising officer, except for travel to the Middle District of Alabama for meetings with attorney and required court appearances, unless prior authorization is received from the pretrial services office or supervising officer. You shall submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. The costs of location monitoring are not assessed to the Defendant based on his inability to pay.

(c) report as directed by the pretrial services office or assigned supervising officer, U.S. Probation Office, United States Courthouse, 30 West Government Street, Panama City, Florida, whose telephone number is (850) 691-0758. The location of reporting may be changed as needed by the pretrial services office or supervising officer.

(d) avoid all contact with any individuals who are considered either alleged victims, potential witnesses, or other persons identified in the Indictment by initials.

(e) not possess a firearm, destructive device, or other dangerous weapon.

(f) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

(g) be subject to random testing for detection of use of controlled substances or alcohol at the direction of your assigned probation officer. The Defendant shall be subject to substance abuse assessment and follow-up treatment at the direction of the pretrial services office or supervising officer.

(h) must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a, unless Defendant previously provided a sample upon arrest or booking in the instant case.

(i) surrender your passport to the Clerk, U.S. District Court and not obtain a passport.

(j) notify the pretrial services office or supervising officer as soon as possible if you are contacted, interviewed, or questioned by any law

enforcement officer for any reason other than connected with this case, whether pursuant to a stop, arrest, or any other inquiry.

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

*[signature]*

**CHRISWELL BRIAN HORTON**
**Defendant**

## DIRECTIONS TO UNITED STATES MARSHAL

(✓) The Defendant is **ORDERED** released after processing.

( ) The United States Marshal is **ORDERED** to keep the Defendant in custody until notified by a clerk or judge that the Defendant has posted bond and/or complied with all other conditions for release. If still in custody, the Defendant shall be produced before the appropriate judge at the time and place specified above.

DATE: January 19, 2018

*[signature]*

**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**